UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_11/30/2020___

LISA CORSON,

                              Plaintiff,

              -against-

KOMOCEAN LLC,

                              Defendant.

1:20-cv-06582 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The deadline for Plaintiff to serve Defendants in this action was November 16, 2020. Plaintiff have reported that they did not serve Defendant on or before that date, and did not receive a signed waiver of service before that date.  *See* ECF No. 8.  Rather than request an extension of time in advance of the deadline, as required by the Court's Individual Practices, Plaintiff requested an extension of time to serve only after the Court requested proof of service. *See* ECF Nos. 7-8.  Plaintiff has given no good cause for an extension of time to serve.

Accordingly, Plaintiff's Motion for an Extension of Time to Serve [ECF No. 8] is DENIED.  Because Plaintiff has not served Defendant in the time required by the Federal Rules of Civil Procedure, ands no good cause for an extension has been shown, this case is DISMISSED without prejudice.  *See* Fed. R. Civ. Pro. 4(m).

**SO ORDERED.**

**Date:  November 30, 2020**
**        New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**